1 | ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 | MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
3 | San Francisco, CA  94104
Telephone:  (415) 392-5431
4 |
Attorneys for Plaintiffs
5 |

6 |

7 |
                    UNITED STATES DISTRICT COURT
8 |
                   NORTHERN DISTRICT OF CALIFORNIA
9 |

10 |

11 |
BOARD OF TRUSTEES OF THE BAY AREA   )      NO.  C 06 3557 MHP
12 | HOD CARRIERS, et al.              )
                                      )
13 |                                   )
                                      )
14 |                    Plaintiffs,    )
                                      )      JOINT CASE MANAGEMENT
15 |                          vs.      )      STATEMENT AND REQUEST
                                      )      FOR CONTINUANCE
16 | F- 3 FIREPROOFING INC., a         )
California corporation, doing         )
17 | business as F-3 ENTERPRISES       )      CASE MANAGEMENT CONFERENCE
                                      )      DATE: 12/5/06
18 |                    Defendants.    )      TIME: 4:00 p.m.
                                      )
19 | ─────────────────────────────────

20 |        The parties and the attorneys met on November 10, 2006 to

21 | exchange information and attempt to settle the case.  Facts came to

22 | light which required further investigation and a reconciliation of

23 | credits and debits.  That process is currently underway; after it is

24 | completed the parties will resume settlement discussions.

25 |        The parties hope to resolve this matter before year end.

26 | We respectfully request a 60 day continuance of the Case Management

27 | Conference.

28 |                              Respectfully submitted,


JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE        1

1    DATED: Nov 27, 2006                    ERSKINE & TULLEY
                                            A PROFESSIONAL CORPORATION
2

3                                           By:

4                                              Michael J. Carroll
                                               Attorneys for Plaintiff
5

6    DATED: Nov 27, 2006

7                                           By: Harold M. Jaffe
                                               Harold M. Jaffe
                                               Attorneys for Defendant
8
     The CMC is continued to February 12, 2007 at 3:00 p.m.  CMC Statements to be filed on or
9    before February 5, 2007.

10
     Dated: 11/29/06
11

12

13                                          IT IS SO ORDERED

14

15                                          Judge Marilyn H. Patel

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE          2