Harold M. Jaffe, Esq.
**LAW OFFICES OF HAROLD M. JAFFE**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610~Fax: (510) 452-9125

Attorney for Defendant F-3 Fireproofing, Inc.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA HOD CARRIERS HEALTH AND WELFARE TRUST; PENSION TRUST; VACATION PLAN; ALEX CORNS, TRUSTEE,<br><br>Plaintiffs,<br><br>vs.<br><br>F-3 FIREPROOFING, INC., a California corporation,<br><br>Defendant. | CASE NO. C06-3557-MHP<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**FROM:**<br>**DATE:** February 12, 2007<br>**TIME:** 3:00 p.m.<br><br>**TO:**<br>**DATE:** February 26, 2007<br>**TIME:** 3:00 p.m. |

**WHEREAS**, the principals are attempting to settle the above matter and require further in which to meet and confer as to same.

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties through counsel, as follows:

1. The Case Management Conference set on February 12, 2007, at 3:00 p.m., be continued to February 26, 2007, at 3:00 p.m. in order to allow the principals sufficient time to meet and confer regarding settlement.

2. This stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which, together, shall constitute one and the same document.

3. This stipulation shall be effective when signed by facsimile. The parties shall

1  exchange original signatures; however, the failure to exchange original
2  signatures shall not affect in any manner the validity of any document signed
3  by facsimile.
4
5                                              ERSKINE & TULLEY
6
7  DATED: February 7, 2007      By: _____
8                                              Michael J. Carroll, Esq., Attorneys for Plaintiffs
9
10 DATED: February 7, 2007      _____
                                                HAROLD M. JAFFE, ESQ., Attorney for
11                                              Defendant F-3 FIREPROOFING, INC.
12          **IT IS SO ORDERED.**
13
14 DATED: __2/9/07_____   _____
15                                              MARILYN  H.  PATEL,  UNITED  STATES
                                                DISTRICT COURT JUDGE
16
17
...
28