Harold M. Jaffe, Esq.
**LAW OFFICES OF HAROLD M. JAFFE**
CASB #57397
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610~Fax: (510) 452-9125

Attorney for Defendant F-3 Fireproofing, Inc.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA HOD CARRIERS HEALTH AND WELFARE TRUST; PENSION TRUST; VACATION PLAN; ALEX CORNS, TRUSTEE,<br><br>   Plaintiffs,<br><br>vs.<br><br>F-3 FIREPROOFING, INC., a California corporation,<br><br>   Defendant._____/ | CASE NO. C06-3557-MHP<br><br>**STIPULATION AND ORDER FOR CONDITIONAL DISMISSAL** |

**WHEREAS,** the parties having informed the Court that the above-referenced case has settled; the parties, through counsel, hereby stipulate to a conditional dismissal, i.e., unless either party informs the Court otherwise, this case will be dismissed within sixty (60) days, or on or before July 9, 2007.

**WHEREAS,** this stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which, together, shall constitute one and the same document.

**WHEREAS,** this stipulation shall be effective when signed by facsimile. The parties shall exchange original signatures; however, the failure to exchange original signatures shall not affect in any manner the validity of any document signed by facsimile.

| | | |
|---|---|---|
| 1 | | ERSKINE & TULLEY |
| 2 | | |
| 3 | DATED: May 8, 2007 | By: _____ |
| 4 | | Michael J. Carroll, Esq., Attorneys for Plaintiffs |
| 5 | | _____ |
| 6 | DATED: May 8, 2007 | HAROLD M. JAFFE, ESQ., Attorney for Defendant F-3 FIREPROOFING, INC. |
| 7 | | |
| 8 | **IT IS SO ORDERED.** | |
| 9 | | |
| 10 | DATED: May 9, 2007 | |
| 11 | | IT IS SO ORDERED |
| 12 | | Judge Marilyn H. Patel |
| | | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |

2

STIP. & ORDER RE CONDITIONAL DISMISSAL